[Cite as *State v. Nichols*, 2012-Ohio-4751.]

IN THE COURT OF APPEALS FOR MONTGOMERY COUNTY, OHIO

STATE OF OHIO                                        :

    Plaintiff-Appellee                           :                C.A. CASE NO.    25056

v.                                                  :                T.C. NO.    11CR3525/2

DEIRDRE NICHOLS                               :                (Criminal appeal from
                                                                    Common Pleas Court)

    Defendant-Appellant                      :

                                                    :

. . . . . . . . . .

**O P I N I O N**

Rendered on the ____12th____ day of ____October____, 2012.

. . . . . . . . . .

CARLEY J. INGRAM, Atty. Reg. No. 0020084, Assistant Prosecuting Attorney, 301 W.
Third Street, 5th Floor, Dayton, Ohio 45422
    Attorney for Plaintiff-Appellee

ANTONY A. ABBOUD, Atty. Reg. No. 0078151, 130 West Second Street, Suite 1818,
Dayton, Ohio 45402
    Attorney for Defendant-Appellant

DEIRDRE NICHOLS, 2787 Jupiter Street, Dayton, Ohio 45404
    Defendant-Appellant

. . . . . . . . . .

DONOVAN, J.

**{¶ 1}** Appointed counsel for defendant-appellant Dierdre Nichols submitted an appellate brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), alleging that no arguably meritorious issues exist for appeal. After a thorough review of the record, this Court agrees that the trial court's proceedings were proper, and we affirm the trial court's judgment.

**{¶ 2}** The record establishes that on January 20, 2012, Nichols pled guilty to one count of aggravated robbery with a deadly weapon, a felony of the first degree, and one count of aggravated assault, a felony of the fourth degree. On February 1, 2012, the trial court sentenced Nichols to four years in prison for the aggravated robbery count and eighteen months in prison for the aggravated assault count. The trial court ordered that her sentences be served concurrently, for an aggregate prison term of four years.

**{¶ 3}** Nichols filed a timely notice of appeal with this Court on February 27, 2012. On June 14, 2012, appointed counsel representing Nichols submitted an *Anders* brief, alleging that no arguably meritorious issues exist for appeal. By magistrate's order of June 15, 2012, we informed Nichols that her counsel filed an *Anders* brief and informed her of the significance of an *Anders* brief. We invited Nichols to file a pro se brief assigning any error for our review within sixty days. Nichols has not filed anything with this Court.

**{¶ 4}** In the performance of our duty, under *Anders v. California,* to conduct an independent review of the record, we have found no potential assignments of error having arguable merit. We conclude that this appeal is wholly frivolous. Therefore, the judgment of the trial court is Affirmed.

. . . . . . . . . .

GRADY, P.J. and FAIN, J., concur.

Copies mailed to:

Carley J. Ingram
Antony A. Abboud
Deirdre Nichols
Hon. Dennis J. Adkins